# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANDRE CARTER                                              PLAINTIFF

v.                     No. 3:19-cv-174-DPM

BPL PLASMA, INC.                                         DEFENDANT

## ORDER

**1.** Carter's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee.

**2.** The Court must screen Carter's complaint, № 2, as supplemented by his notice, № 4. 28 U.S.C. § 1915(e)(2). He pleads that BPL Plasma discriminated against him and held him back from certain opportunities because of his sex. Carter also claims that he was retaliated against for complaining to his boss's boss. The EEOC issued a right to sue letter. Taking his papers as a whole, Carter has pleaded a plausible claim for discrimination under Title VII and maybe a retaliation claim. *Twymon v. Wells Fargo & Company*, 462 F.3d 925, 933–36 (8th Cir. 2006). The Court would benefit from adversarial briefing. It is not completely clear what parts of the workplace friction Carter describes were allegedly driven by sex-based discrimination or prompted by protected activity. Motion practice should illuminate the situation.

3. The Clerk should prepare and deliver summons, along with copies of the complaint, this Order, and Carter's notice, № 4, to the U.S. Marshal for service on BPL Plamsa, Inc. without prepayment of fees and costs or security.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2019