IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDRE CARTER                                                                PLAINTIFF

v.                              No. 3:19-cv-174-DPM

BPL PLASMA, INC.                                                           DEFENDANT

ORDER

1. BPL Plasma moves to dismiss Carter's retaliation claim. № 8. It argues Carter hasn't alleged it took an adverse action against him because he engaged in protected conduct. *Heisler v. Nationwide Mutual Insurance Co.*, 931 F.3d 786, 794 (8th Cir. 2019). But Carter says he complained to his manager about sex-based discrimination and then he was placed on administrative leave and forced to resign. № 2 at 6, 8. Liberally construed, Carter's claiming adverse employment actions and constructive termination. *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999); *Garrison v. Dolgencorp, LLC*, No. 18-1066, slip op. at 7–8 (8th Cir. 3 October 2019). BPL Plasma's motion is denied.

2. The Court extends BPL Plasma's time to answer Carter's discrimination and retaliation claims to 15 November 2019. BPL Plasma should treat Carter's notices, № 4 & 6, as part of his complaint. The Court considered № 4 in screening. BPL Plasma must do the best it can in responding. In the future, however, Carter must avoid making

a series of filings on any one issue or matter. And an Initial Order for *Pro Se* Plaintiffs, with directions about the Court's rules, will issue.

3. The Court refers this case to Magistrate Judge Beth Deere to handle all pretrial matters, including a recommendation on any dispositive motion.

* * *

Motion, № 8, denied. Answer due by 15 November 2019. Initial Order for *Pro Se* Plaintiffs to issue. Case referred.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 October 2019