# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANDRE CARTER**                                                                      **PLAINTIFF**

**V.**                  **CASE NO. 3:19-CV-174-DPM-BD**

**BPL PLASMA INC.**                                                **DEFENDANT**

## ORDER

On November 15, 2019, this Court denied Plaintiff Andre Carter's *pro se* motion for the appointment of counsel. (Docket entry #26). Mr. Carter now has filed a notice with the Court in which he again explains his need for counsel. (#27) The notice will be treated as a motion for reconsideration.

The Court is sympathetic to Mr. Carter's request; however, there is no right to appointed counsel in a civil case such as this. Mr. Carter appears able to represent himself for the present.

The motion for reconsideration (#27) is DENIED, without prejudice, this 5th day of December, 2019.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE