IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDRE CARTER                                                                PLAINTIFF

v.                              No. 3:19-cv-174-DPM

BPL PLASMA, INC.                                                            DEFENDANT

ORDER

1. The Court read and considered Carter's papers, *Doc. 50–52*, in ruling on the recommendation. BPL Plasma's motions to strike, *Doc. 43 & Doc. 54*, are denied.

2. The Court appreciates Magistrate Judge Deere's shepherding of this case.

3. On *de novo* review, the Court adopts the recommendation, *Doc. 44*, and overrules Carter's objections, *Doc. 45–47*. FED. R. CIV. P. 72(b)(3). BPL Plasma's motion for summary judgment, *Doc. 33*, is granted. The Court will dismiss Carter's complaint with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2020