IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDRE CARTER                                                                               PLAINTIFF

v.                             No. 3:19-cv-174-DPM

BPL PLASMA, INC.                                                                         DEFENDANT

JUDGMENT

Carter's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2020